# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE/ARRAIGNMENT/CHANGE OF PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | |
| | ) | Case No: 25-cr-366 (DSD |
| v. | ) | Date: December 18, 2025 |
| | ) | Court Reporter: Janell Gruber |
| ASHA FARHAN HASSAN | ) | Courthouse: Minneapolis |
| Defendant. | ) | Courtroom: 12W |
| | ) | Time Commenced: 10:30 a.m. |
| | ) | Time Concluded: 11:13 a.m. |
| | | Time in Court: 0 Hours & 43 Minutes |

Before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
  For Plaintiff:     Rebecca Kline
  For Defendant:  Ryan M. Pacyga, Kimberly A. Svendsen

PROCEEDINGS:
  ☒ **Initial Appearance.**
  ☒ **Arraignment.**
  ☒ **Change of Plea Hearing.**

  ☒ PLEA:
    ☒ Guilty as to Count: 1

  ☒ Presentence Investigation and Report requested.
  ☒ Defendant released on bond.

___MDB___
Judicial Assistant
